UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

RANDY THOMAS MORIN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Assault by Strangulation)

Between on or about December 22, 2024, and on or about December 23, 2024, in Baraga County, within the exterior boundaries of the L'Anse Indian Reservation, in the Northern Division of the Western District of Michigan, Defendant,

**RANDY THOMAS MORIN,**

a non-Indian, assaulted his intimate partner and dating partner, Victim (an Indian), by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. §§ 113(b)(3), (4)
18 U.S.C. §§ 2266(7)(A)(i)(II), (10)
18 U.S.C. § 1151
18 U.S.C. § 1152

## COUNT 2
(Assault Resulting in Substantial Bodily Injury)

Between on or about December 22, 2024, and on or about December 23, 2024, in Baraga County, within the exterior boundaries of the L'Anse Indian Reservation, in the Northern Division of the Western District of Michigan, Defendant,

**RANDY THOMAS MORIN,**

a non-Indian, assaulted his intimate partner and dating partner, Victim (an Indian), resulting in substantial bodily injury.

18 U.S.C. § 113(a)(7)
18 U.S.C. §§ 113(b)(1), (3)
18 U.S.C. §§ 2266(7)(A)(i)(II), (10)
18 U.S.C. § 1151
18 U.S.C. § 1152

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_[signature] (for)_
THEODORE J. GREELEY
Assistant United States Attorney